## SHANNON LACH *v.* RICHARD J. WELCH, ADMINISTRATOR (ESTATE OF MICHAEL R. WELCH), ET AL.

The petition of the defendants Richard J. Welch and Patricia Welch for certification for appeal from the Appellate Court (AC 17579) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal for lack of a final judgment?"

MCDONALD, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15890.

*Frederic E. Mascolo,* in support of the petition.

*Brian T. Henebry, James T. Wu, Kenneth J. Bartschi* and *Susan M. Cormier,* in opposition.

Decided March 18, 1998

## THOMAS SUTKOWSKI ET AL. *v.* RICHARD TARRO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 47 Conn. App. 927 (AC 15421), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Max F. Brunswick,* in support of the petition.

*Barry S. Zitser,* in opposition.

Decided March 25, 1998